NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In re Guardianship of Leon Bloom, an Alleged Incapacitated person. )
)
)
_____ )
)
GLENN GILPIN, as personal )
representative of the Estate of Dorothy )
B. Bloom, deceased, )
)
       Appellant, )
)
v. )    Case No. 2D18-4402
)
MARSHALL BLOOM, Individually, and )
ROBERT M. ELLIOTT, as Trustee of )
The Leon Bloom Revocable Living )
Trust u/a/d 11/18/1998, as Restated on )
10/22/2009, )
)
       Appellees. )
_____ )

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Sarasota County; Frederick P. Mercurio, Judge.

Allan F. Baily of Law Offices of Baily & Baily, P.A., Sarasota, for Appellant.

James L. Essenson, Barbara J. Welch, and Matthew J. Kelly of Law Firm of James L. Essenson, Sarasota, for Appellee Marshall Bloom.

No appearance for Appellee Robert M. Elliott.

PER CURIAM.

Affirmed.

SILBERMAN, BADALAMENTI, and ATKINSON, JJ., Concur.